BROWN *v.* ATLANTA, BIRMINGHAM & ATLANTIC RAILROAD CO.

BECK, J. 1. While a defendant may file an answer to an amendment to the petition in a case, admitting or denying material allegations in the same, or stating why he can neither admit nor deny them, he is not required to file an answer to the amendment, and his failure to do so does not authorize the court or jury to treat the allegations in the amendment as being admitted. *Hudson* v. *Hudson*, 119 *Ga.* 637 (46 S. E. 874).

2. Upon the controlling question raised in the record, this case is ruled by the decision in the case of *Hawkins* v. *Central of Georgia Railway Company*, 119 *Ga.* 159 (46 S. E. 82).

*Judgment affirmed. All the Justices concur.*

Argued February 13,—Decided August 12, 1908.

Action for damages. Before Judge Whipple. Ben Hill superior court. April 5, 1907.

*E. Wall* and *E. W. Ryman,* for plaintiff.

*Rosser & Brandon, J. L. Sweat,* and *Haygood & Cutts,* for defendant.